```
 1  _____
 2  _____
 3  Jorey Brewis,
 4  Plaintiff.
 5                                          Civil Case No
 6       v.                                 09-1026-AA
 7
 8  Max Williams, et al.,                   MOTION FOR EXTENSION
 9  Defendant.                              OF TIME
10
11
12
13  COMES Now the plaintiff, Jorey Brewis, requesting a time
14  extension of 30 days in the matter of Brewis v. Williams. Plaintiff
15  received notice of Honorable Ann Aiken's Order To Dismiss this
16  case, in her Order dated 09/23/09. Plaintiff received this Order
17  by mail on 09/29/09, advising Plaintiff had 30 days to file
18  an Amended Complaint to comply with FRCP 8(a), by 10/23/09.
19
20  Plaintiff has in good faith attempted compliance to redraft her
21  claims to comply with FRCP 8(a) by 10/23/09. From the date
22  plaintiff received Order to dismiss by mail on 09/29/09, plaintiff
23  has been working for 19 days on the Amended Complaint. On 10/18/09,
24  plaintiff was placed in T.R.C.I.'s Disciplinary Segregation without
25  her legal property that is necessary to complete the Amended Com-
26  plaint. Though now having received minimal legal property on this
```

Page 1 of 3 -- Motion For Extension of Time

Form 03.010 9/98

1  date of 10/21/09, I have not been given adequate legal library
2  services and access that comports with Oregon Department of
3  Corrections Legal Services Rule that standards a "24-hour"
4  turn-around rate for requests for legal materials.
5
6  Additionally, I have been currently facing substantial violations
7  of due process by being placed in segregation for 14 days from
8  10/18/09 to 10/31/09 with insufficient evidence and lack of state
9  created liberty interest procedural protections, creating arbitrary
10 punishment of retaliation for exercising my federal rights in access-
11 ing the courts, and in filing previous discrimination complaints.
12
13 Before this segregation placement, plaintiff possessed over 19
14 months of clear conduct from 03/10/2008 to 10/18/2009.
15
16 Plaintiff has approximately 49 days left in the Oregon Department
17 of Corrections, and is to be released on December 10, 2009, to the
18 Oregon State Hospital.
19
20 This motion is well-founded in fact and law, and is not intend-
21 ed to create undue delay nor harassment.
22
23 Pursuant to 28 U.S.C. §1746, I declare under penalty of
24 perjury that the foregoing is true and correct.
25
26

Page 2 of 3 -- Motion For Extension of Time

1
2          Respectfully Submitted,
3
4          Joey Brewis aka Rebekah Katherine
5          Jozey Brewies aka Rebekah Katherine
6          10/21/09
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

Page 3 of 3 -- Motion For Extension of Time

```
 1   _____CERTIFICATE OF SERVICE_____
 2   _____
 3   __I, the undersigned PLAINTIFF, certify and depose, the
 4   __foregoing was placed in the TRCI DSU Legal Mail Dep-
 5   __ository, and mailed to the below listed interested parties
 6   __on October 21, 2009.
 7   _____
 8   _____
 9   __United States District Court,
10   __Eugene Division
11   __Clerk of Court
12   __Wayne L. Morse United States Courthouse
13   __405 E. Eighth Avenue, Suite 2100
14   __Eugene, OR 97401
15   _____
16   __Attorney for Defendants
17   _____
18   __Thomas Castle, Asst. Att. General
19   __Department of Justice
20   __1162 Court Street NE        x Corey Brewis aka Rebekah Katherine
21   __Salem, OR 97301-4096        By Corey Brewis aka Rebekah Katherine
22   __                              #11934846
23   __                            Two Rivers Corr. Inst.
24   __                            82911 Beach Access Rd.
25   __                            Umatilla, OR 97882-9419
26   _____
```

Page  1  of  1  --  Certificate of Service

Form 03.010 9/98